PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.            Robert M. Sevey            Docket No.            2:11CR00194-001

**Petition for Action on Conditions of Pretrial Release**

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Robert M. Sevey, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 12th day of June 2012, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #28**: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

**Condition #29**: Defendant shall participate in one or more of the following home confinement program(s):

**Home detention:** Defendant shall be restricted to his residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, as well as: employment, education, religious services, medical, substance abuse, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to smoking methamphetamine on September 21, 2012.

**Violation #2:** The defendant failed to provide a random urinalysis sample on September 21, 2012.

**Violation #3:** The defendant left his residence without obtaining prior approval from the undersigned officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT OR SUMMONS

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 09/26/2012 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Probation Officer |

RECEIVED
U.S. DISTRICT COURT

SEP 26 2012
at 11:10 am

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

PS-8
Re: Sevey, Robert M.
September 26, 2012
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Rosanna Malony Peterson_
Signature of Judicial Officer

_September 26, 2012_
Date